Filed 12/20/11  Case 11-31931  Doc 27

FILED
December 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003968156


Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF CALIFORNIA

In Re: YUEN CHEUNG; JAMES CHU          Case No. 1131931

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC              Chase Bank USA, N.A.
-----------------------------------------       -------------------------------------------
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 2
should be sent:                                 Amount of Claim: $6,546.53
POB 41067                                       Date Claim Filed: 06/21/2011
Norfolk, VA 23541

Phone: (877)829-8298                            Phone:
Last Four Digits of Acct # :  8998              Last Four Digits of Acct #:

Name and Address where transferee payments      Seller Information
Should be sent (if different from above)        CHASE BANK USA, N.A.
POB 12914                                       600 Business Center Drive Floor 03
Norfolk, VA 23541                               Heathrow FL 32746

Phone: (877)829-8298
Last Four Digits of Acct # : 8998


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                          Date: 11/28/2011
    -------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571