**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 11-31931 - A - 13
James Chu Yuen Cheung,             ) Docket Control No.
            Debtor.                ) Document No. 51
                                   ) Date: 04/09/2024
                                   ) Time: 9:00 AM
_____    ) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated on the record for the hearing.

The Application for Payment of Unclaimed Funds filed by James Cheung has been presented to the court, and upon review of the pleadings, evidence, oral arguments of counsel, if any, and good cause appearing,

IT IS HEREBY ORDERED that the application is denied without prejudice for failure of prosecution.

Dated: April 09, 2024

_____
Fredrick E. Clement
United States Bankruptcy Judge

[51] - Motion/Application for Payment of Unclaimed Funds in the amount of $ 10,598.74 Filed by Debtor James Chu Yuen Cheung (smis)